**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

ERIC WALRAVEN

Plaintiff, Case No.: 2:26-cv-5220-JFM

vs.

TRANS UNION, LLC
EXPERIAN INFORMATION SOLUTIONS, INC.
I.C. SYSTEM, INC.
FIRSTPOINT COLLECTION RESOURCES, INC.
PPL ELECTIC UTILITIES CORPORATION

Defendants.

---

**DEFENDANT FIRSTPOINT COLLECTION RESOURCES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant FirstPoint Collection Resources, Inc. ("FirstPoint"), through counsel and pursuant to Fed. R. Civ. P. 6, hereby requests this Court enter an Order granting FirstPoint a fourteen (14) day extension of time to respond to the Complaint filed by Plaintiff Eric Walraven ("Plaintiff") and states:

1. Plaintiff filed his Complaint on July 24, 2026. Doc. 1. FirstPoint executed a waiver of service which was received on July 30, 2026. Doc. 5. Accordingly, the deadline to file responsive pleadings or motions is on September 28, 2026.

2. FirstPoint needs additional time to complete its review and investigation of the claims and prepare an appropriate response to the Complaint. Accordingly, FirstPoint requests this 14-day extension, through and including October 12, 2026.

3. This extension is requested so that justice can be done and not in any way for the purpose of delay. Granting the relief sought in this motion would not prejudice any party and will save time and costs of the Court and the parties.

4. Counsel for Plaintiff has confirmed Plaintiff is unopposed to an extension of time until October 12, 2026, for FirstPoint to respond to the Complaint.

5. Accordingly, FirstPoint respectfully requests that the Court enter an order granting Defendant's Motion for an Extension of Time which would place FirstPoint's responsive pleading deadline on October 12, 2026.

WHEREFORE, Defendant FirstPoint Collection Resources, Inc. requests an Order of the Court granting it an extension of time to respond to Plaintiff's Complaint through October 12, 2026 together with any other and further relief the Court deems necessary and just.

Dated: September 28, 2026

**LIPPES MATHIAS LLP**

/s Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
FirstPoint Collection Resources, Inc.
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com