**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC WALRAVEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-5220** |
| | : | |
| **TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; I.C. SYSTEM, INC.; FIRSTPOINT COLLECTION RESOURCES, INC.; AND PPL ELECTRIC UTILITIES CORPORATION** | : | |

# ORDER

**AND NOW**, this 28th day of September 2026, upon considering defendant FirstPoint Collection Resources, Inc.'s (FirstPoint) unopposed motion for an extension of time to respond to the complaint (**DI 9**), it is **ORDERED** that defendant's unopposed motion (**DI 9**) is **GRANTED** and defendant FirstPoint shall have until October 12, 2026 to respond to the complaint.

/s/John F. Murphy, U.S.D.J.

**MURPHY, J.**