**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

ERIC WALRAVEN,
Plaintiff,

vs.

TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; I.C. SYSTEM, INC.; FIRSTPOINT COLLECTION RESOURCES, INC.; and PPL ELECTRIC UTILITIES CORPORATION
Defendants.

CASE NO: 2:26-cv-05220-JFM

---

**TRANS UNION LLC'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
**(Civil Action)**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Defendant Trans Union LLC** makes the following disclosure:

☐ The nongovernmental corporate party, Trans Union LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Trans Union LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock.

Parent Corporation: **TransUnion Intermediate Holdings, Inc. and TransUnion**

Publicly held company that owns ten percent (10%) or more of the corporation is as follows:

**TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Dodge & Cox, a publicly traded entity, owns 10% or more of TransUnion's stock.**

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: *<u>/s/ Brittany Erin Wallace</u>*
Brittany E. Wallace (PA ID No. 337987)
Krista A. Rose (PA ID No. 332042)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
T: 215-665-8700
F: 215-665-8760
brittany.wallace@bipc.com

*Counsel for Defendant Trans Union LLC*

Dated: Oct. 5, 2026

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the 5th **day of October, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Greg Gorski, Esq.<br>greg@greggorskilaw.com | Brendan H. Little, Esq.<br>blittle@lippes.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of October, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

**BUCHANAN INGERSOLL & ROONEY PC**


By: */s/ Brittany Erin Wallace*
Brittany E. Wallace (PA ID No. 337987)
Krista A. Rose (PA ID No. 332042)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
T: 215-665-8700
F: 215-665-8760
brittany.wallace@bipc.com

*Counsel for Defendant Trans Union LLC*