**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

ERIC WALRAVEN,
Plaintiff,

vs.

TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; I.C. SYSTEM, INC.; FIRSTPOINT COLLECTION RESOURCES, INC.; and PPL ELECTRIC UTILITIES CORPORATION
Defendants.

CASE NO: 2:26-cv-05220-JFM

---

# NOTICE OF APPEARANCE

Kindly enter the appearance of Krista A. Rose, Esquire of Buchanan Ingersoll & Rooney PC on behalf of Defendant Trans Union LLC in the above-referenced matter.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: October 5, 2026

*/s/ Krista A. Rose*

Krista A. Rose (PA ID No. 332042)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
krista.rose@bipc.com
*Counsel for Defendant Trans Union LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the 5th day of October 2026. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

*/s/ Krista A. Rose*

Krista A. Rose, Esq.