**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERIC WALRAVEN,<br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., I.C. SYSTEM, INC., FIRSTPOINT COLLECTION RESOURCES, INC., and PPL ELECTRIC UTILITIES CORPORATION,<br><br>Defendants. | CIVIL NO. 2:26-CV-05220 |

**DEFENDANT PPL ELECTRIC UTILITIES CORPRATION'S ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES**

Defendant, PPL Electric Utilities Corporation ("PPL Electric"), by and through its counsel, Fitzpatrick Lentz & Bubba, P.C., files the herein Answer with Affirmative Defenses, and in support thereof avers as follows:

1. Denied. This paragraph does not contain any factual allegations which require a response. The same is therefore denied.

2. Denied. After reasonable investigation, Answering Defendant lacks sufficient information to form a belief as to the truth of the allegations in this paragraph. The same are therefore denied.

3. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

4. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

5. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

6. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

7. Admitted.

## JURISDICTION AND VENUE

8. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

9. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

10. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

## STATEMENT OF FACTS

11. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

12. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

13. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

14. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

15. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

16. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

17. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

18. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

19. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

20. Denied. It is specifically denied that Plaintiff notified Answering Defendant of his moving out of the Subject Property in or around November 2024.

21. Denied. It is specifically denied that Answering Defendant continued to bill Plaintiff after being notified of Plaintiff's intent to terminate service with Answering Defendant.

22. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

23. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

24. Admitted in part, denied in part. It is admitted that Answering Defendant engaged in collection efforts related to Plaintiff's unpaid electric bills. It is specifically denied that Answering Defendant attempted to collect monies which it was not owed.

25. Admitted in part, denied in part. It is admitted that Answering Defendant engaged in collection efforts related to Plaintiff's unpaid electric bills. It is specifically denied that Answering Defendant attempted to collect monies which it was not owed.

26. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

27. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

28. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

29. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

30. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

31. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

32. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

33. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

34. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

35. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

36. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

37. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

38. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

39. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

40. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

41. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

42. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

43. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

44. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

## COUNT I – EXPERIAN AND TRANS UNION VIOLATIONS OF THE FCRA

45. Answering Defendant incorporates all previous paragraphs as though the same were set forth herein at length.

46. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

47. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

48. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

49. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

## <u>COUNT II – ICS VIOLATIONS OF THE FCRA</u>

50. Answering Defendant incorporates all previous paragraphs as though the same were set forth herein at length.

51. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

52. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

53. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

## <u>COUNT III – ICS AND FIRSTPOINT VIOLATIONS OF FDCPA</u>

54. Answering Defendant incorporates all previous paragraphs as though the same were set forth herein at length.

55. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

56. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

57. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

58. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

59. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

60. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

61. Denied. The allegations in this paragraph are directed to a Defendant other than Answering Defendant. The same are therefore denied.

## COUNT IV – PPL ELECTRIC VIOLATIONS OF FCEUA

62. Answering Defendant incorporates all previous paragraphs as though the same were set forth herein at length.

63. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

64. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

65. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

66. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

67. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

68. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

69. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

70. Denied. The allegations in this paragraph constitute conclusions of law to which no response is required.

## JURY TRIAL DEMAND

71. Denied. This paragraph contains no allegations to which a response is required.

**WHEREFORE,** Defendant, PPL Electric Utilities Corporation, demands judgment in its favor and against the Plaintiff.

## AFFIRMATIVE DEFENSES

Defendant PPL Electric Utilities Corporation ("PPL Electric") states its Affirmative Defenses known to it as of the time of this filing. PPL Electric expressly reserves the right to amend its Affirmative Defenses if and as appropriate up to, and including, the time of trial and with the permission of the Court and consistent with the *Federal Rules of Civil Procedure*. The omission of any applicable affirmative defense shall not operate as a waiver of such defense if raised subsequently.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Answering Defendant complied with all Federal and State laws and regulations, including but not limited to the Fair Debt Collection Practices Act and the Fair Credit Extension Uniformity Act.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff never notified Answering Defendant of Plaintiff's intent to vacate the Subject Property.

**FOURTH AFFIRMATIVE DEFENSE**

Answering Defendant acted reasonably at all times.

**FIFTH AFFIRMATIVE DEFENSE**

Answering Defendant is not responsible for the actions of the other defendants in this case, including the means and methods by which other defendants attempted to collect Plaintiff's debt to Answering Defendant.

**FITZPATRICK LENTZ & BUBBA, P.C.**

Date: October 5, 2026

BY: /s/ *Douglas J. Smillie*

Douglas J. Smillie
William J. Novick, IV
645 West Hamilton Street, Suite 800
Allentown, Pennsylvania 18101
*Counsel for PPL Electric Utilities Corporation*

**CERTIFICATE OF SERVICE**

I, William J. Novick, IV, do hereby certify that on October 5 , 2026 a true and correct copy of Defendant PPL Electric Utilities Corporation's Answer and Affirmative Defenses was served upon all counsel of record via ECF and electronic mail.

**FITZPATRICK LENTZ & BUBBA, P.C.**

Date: 10/05/2026

/s/ *William J. Novick, IV*

William J. Novick, IV
645 West Hamilton Street, Suite 800
Allentown, Pennsylvania 18101
wnovick@flblaw.com
*Counsel for PPL Electric Utilities Corporation*