# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

ERIC WALRAVEN

*Plaintiff(s)*

v.

EXPERIAN INFORMATION SOLUTIONS, INC., FIRSTPOINT COLLECTION RESOURCES, INC., I.C. SYSTEM, INC., PPL ELECTRIC UTILITIES CORPORATION, TRANS UNION, LLC

*Defendant(s)*

Civil Action No. 26-5220

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

I.C. System, Inc.
c/o CT Corportation System
600 N. 2nd St., Suite 401
Harrisburg PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GREGORY J. GORSKI
Greg Gorski Law, PLLC
610 Old York Road, Suite 400
Jenkintown, PA 19046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/27/26

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Vincent J. Alia

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-05220-JFM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* I.C. System, Inc. c/o CT Corportation System was received by me on *(date)* Oct 7, 2026, 1:39 pm.

- [ ] I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or
- [x] I served the summons on *(name of individual)* Tina Crisanti, who is designated by law to accept service of process on behalf of *(name of organization)* I.C. System care of CT corp on *(date)* 10-8-26; or
- [ ] I returned the summons unexecuted because: ____________; or
- [ ] Other: ____________; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________.

I declare under penalty of perjury that this information is true.

Date: 10/08/2026

[signature]

*Server's signature*

Richard Hanna

*Printed name and title*

PO Box 304, Lansdale, Pa 19446

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 8, 2026, 10:55 am EDT at 600 North 2nd Street Ste. 401, Harrisburg, PA 17113 received by Tina crisanti . Age: 58/63; Ethnicity: Caucasian; Gender: Female; Weight: 225/240; Height: 5'8"; Hair: Gray; Eyes: Hazel; Relationship: Intake specialist ;