**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ERIC WALRAVEN

Plaintiff, Case No.: 2:26-cv-5220-JFM

vs.

TRANS UNION, LLC
EXPERIAN INFORMATION SOLUTIONS, INC.
I.C. SYSTEM, INC.
FIRSTPOINT COLLECTION RESOURCES, INC.
PPL ELECTIC UTILITIES CORPORATION

Defendants.

**PRPOSED ORDER GRANTING DEFENDANT FIRSTPOINT COLLECTION RESOURCES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

After considering Defendant, FirstPoint Collection Resources, Inc.'s, Unopposed Motion for Extension of Time to Respond to the Complaint (the "Motion"), the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Defendant, FirstPoint Collection Resources, Inc., shall have until October 27, 2026, to respond to the Complaint.

Dated: October 14, 2026

Hon. John F. Murphy,
United States District Court Judge