GORSKI LAW PLLC
Consumer Litigation

610 Old York Road, Suite 400
Jenkintown, PA 19046
215.330.2100
www.greggorskilaw.com

*Gregory Gorski, Esquire*
*greg@greggorskilaw.com*

October 23, 2026

**Via ECF Filing**
The Honorable John F. Murphy
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Re:** ***Walraven v. Trans Union, LLC et al. – No. 26-cv-5220-JFM***

Dear Judge Murphy:

I am writing to inform the Court that Plaintiff has resolved his claims with Defendants Experian Information Solutions, Inc. ("Experian") and Trans Union, LLC ("Trans Union") in the above matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure terminating this matter at to Experian and Trans Union only.

Respectfully Submitted,

GREGORY GORSKI

cc: All Counsel of Record (via email)