**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC WALRAVEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-5220** |
| | : | |
| **TRANS UNION, LLC et al** | : | |
| | : | |

# ORDER

**AND NOW**, this 23rd day of October 2026, upon considering the parties reporting they have resolved the above-captioned matter (DI 16), it is **ORDERED**:

1. The action is **DISMISSED** pursuant to Local Rule 41.1(b); and,
2. The Clerk of Court shall **close** this case.

John F Murphy

**MURPHY, J.**