**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

ERIC WALRAVEN,

Plaintiff,

vs.

TRANS UNION LLC, et al.,

Defendants.

CASE NO: 2:26-cv-05220-JFM

---

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 5.1(b) of the United States District Court for the Eastern District of Pennsylvania, Krista A. Rose, of Buchanan Ingersoll & Rooney PC, hereby moves this Court for an order granting withdrawal of her appearance as counsel of record for Defendant, Trans Union, LLC in the above-captioned matter. An attorney from Buchanan Ingersoll & Rooney PC remains counsel of record for Defendant Trans Union, LLC, and representation is not affected by this withdrawal.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: October 27, 2026

*/s/ Krista A. Rose*
Krista A. Rose (PA ID No. 332042)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
krista.rose@bipc.com
*Counsel for Defendant Trans Union LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the 27th day of October 2026. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

*/s/ Krista A. Rose*

Krista A. Rose, Esq.