GORSKI LAW PLLC
Consumer Litigation

610 Old York Road, Suite 400
Jenkintown, PA 19046
215.330.2100
www.greggorskilaw.com

*Gregory Gorski, Esquire*
*greg@greggorskilaw.com*

October 27, 2026

**Via ECF Filing**
The Honorable John F. Murphy
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Re:** ***Walraven v. Trans Union, LLC et al. – No. 26-cv-5220-JFM***

Dear Judge Murphy:

I am writing to inform the Court that Plaintiff has resolved his claims with Defendant Firstpoint Collection Resources, Inc. ("Firstpoint") in the above matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure terminating this matter at to Firstpoint only.

Respectfully Submitted,



GREGORY GORSKI

cc: All Counsel of Record (via email)