**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC WALRAVEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-5220** |
| | : | |
| **TRANS UNION, LLC et al** | : | |
| | : | |

# ORDER

**AND NOW**, this 27th day of October 2026, upon considering the defendant's motion to withdraw as attorney (DI 21), it is **ORDERED** that the defendant's motion to withdraw as attorney (DI 21) is **GRANTED.**

____________________________
**MURPHY, J.**