**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC WALRAVEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-5220** |
| | : | |
| **TRANS UNION, LLC et al** | : | |
| | : | |

# ORDER

**AND NOW**, this 28th day of October 2026, upon considering our October 23, 2026 order dismissing the case under Local Rule 41.1(b) (DI 20), and counsel's letter of October 27, 2026 (DI 22) causing us to realize that we incorrectly dismissed the case as to all defendants, and indicating that defendant Firstpoint is ready for a Local Rule 41.1(b) order, it is hereby **ORDERED**: The Clerk of the Court is **DIRECTED** to **REOPEN** the case as to defendants PPL Electric Utilities Corporation and I.C. System, Inc. The following defendants remain **DISMISSED** under Local Rule 41.1(b): Trans Union, LLC, Experian Information Solutions, Inc., and Firstpoint Collection Resources.

______________________
**MURPHY, J.**