# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC WALRAVEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:26-cv-05220-JFM** |
| | ) | |
| **TRANS UNION, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT I.C. SYSTEM, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant I.C. System, Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

I.C. System, Inc. will promptly file a supplemental disclosure statement if any required information changes.

Dated: November 4, 2026

Respectfully submitted by:

*<u>/s/ Joseph C. Proulx</u>*
Joseph C. Proulx
jproulx@mgl.law
Martin Golden Lyons Watts Morgan, PLLC
410 South Ware Blvd.
Suite 806
Tampa, FL 33619
Attorneys for Defendant I.C. System, Inc.

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2026, the foregoing document was filed through CM/ECF, which serves all counsel of record registered to receive electronic notice in this action.

*/s/ Joseph C. Proulx*
Joseph C. Proulx